# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139966 (16)

CREAMUS PAXTON HOWARD,
        Plaintiff-Appellant,

v

SC: 139966
COA: 293630

DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.
_____

        On order of the Chief Justice, the motion for reconsideration of the order of December 4, 2009 is considered and it is DENIED because it does not appear the order was entered erroneously.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2010

_____
Clerk